IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

**VS.**                         CRIMINAL NO. 3:05-cr-80-WHB
                              CIVIL ACTION NO. 3:07-cv-184-WHB

**JESSIE LAMONT STEWART**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order that denied Defendant's Motion to Vacate Conviction and Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 1st day of October, 2007.


                                         s/ William H. Barbour, Jr.
                                         UNITED STATES DISTRICT JUDGE